THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Richard Middleton, Appellant.
 
 
 

Appeal From Charleston County
 Thomas L. Hughston, Jr., Circuit Court
Judge

Unpublished Opinion No. 2009-Up-453
 Submitted October 1, 2009  Filed October
8, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; and Solicitor Scarlett Anne Wilson,
 of Charleston, for Respondent.
 
 
 

PER CURIAM:  Richard
 Middleton appeals his conviction for first-degree attempted burglary, arguing
 the trial court erred in denying his motion to bifurcate the trial.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
HEARN, C.J., KONDUROS and LOCKEMY, JJ, concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.